■ In the Matter of SALVATORE EMANUELE, Appellant, v FRANK X. GARGIULO et al., Constituting the Board of Elections of the City of New York, and ELIZABETH M. CORCORAN et al., Respondents.—In a proceeding pursuant to section 16-102 of the Election Law, *inter alia,* to validate petitions designating petitioner as a candidate in the Republican Primary Election to be held on March 25, 1980 for delegates and alternate delegates to the 1980 Republican National Convention from the Eighth Congressional District, petitioner appeals from a judgment of the Supreme Court, Queens County, dated March 4, 1980, which dismissed the petition. Judgment affirmed, without costs or disbursements. Upon argument of this appeal, the parties stipulated that the designating petitions would not be valid unless at least 111 signatures invalidated at Special Term were found to be valid by this court. Upon our review, we do not find a sufficient number of valid signatures among those invalidated so as to warrant disturbing Special Term's determination. Lazer, J. P., Gibbons, Gulotta and Cohalan, JJ., concur.

■ In the Matter of EUGENE GOLD, as District Attorney of Kings County, Petitioner, v HUGH F. McSHANE, as a Justice of the Supreme Court of the State of New York, et al., Respondents, et al., Defendant.—Proceeding, pursuant to CPLR article 78 to prohibit the respondent Justice of the Supreme Court from enforcing that part of his order (contained in a written memorandum dated December 17, 1979) which granted respondent Vincent La Rocca's application (a priest of the Roman Catholic Faith) for permission to wear his clerical garb while representing defendant Anna Rodriquez at trial before a jury, under Kings County Indictment No. 4365/1978. Application granted, without costs, and respondents are prohibited from attempting to enforce the order of the respondent Mr. Justice McShane, insofar as it permits the respondent Father La Rocca to wear his clerical garb while acting as defendant's attorney in the courtroom. *(La Rocca v Lane,* 37 NY2d 575.) On December 22, 1978, Justice Donnelly denied respondent La Rocca's application to appear in clerical attire as defendant Rodriquez' attorney before the Grand Jury. In doing so, Justice Donnelly cited *La Rocca v Lane (supra).* It was inappropriate for Justice McShane to review the decision of another Justice of co-ordinate jurisdiction. Furthermore, we find no change in circumstances that should have led Justice McShane to hold contrary to *La Rocca v Lane (supra).* The decision of the Court of Appeals in that case continues to be dispositive of this issue. Hopkins, J. P., Lazer, Gibbons, Rabin and Gulotta, JJ., concur.